## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Anthonee Patterson, :
              Appellant :
               :
          v. : No. 1312 C.D. 2016
               :
Kenneth Shelton, Individually, :
and President of the Board of :
Trustees of the General Assembly :
of the Church of the Lord Jesus :
Christ of the Apostolic Faith, Inc. :

## **O R D E R**

NOW, January 16, 2018, having considered appellee's application for reargument and appellant's answer in response thereto, the application is denied.

 

MARY HANNAH LEAVITT,
President Judge